Miller and Others *v.* Powers and Others.

## MOONEY's Adm'r *v.* STEVENS.

Errors if any not properly before this Court.

APPEAL from the *Tipton* Common Pleas.

*Per Curiam.*—The errors assigned involve the sufficiency of the evidence to sustain the finding and judgment.

The evidence is not all in the record, under the rule and decisions of this Court, and we can not pass upon it.

The judgment is affirmed, with 3 three per cent. damages and costs.

*O'Brien & Cox*, for the appellant.

*Moss & Lewis*, for the appellee.

---

## MILLER and Others *v.* POWERS and Others.

A party can't say there was error in trying his cause without an answer, after he has refused to answer and consented to trial.

APPEAL from the *Allen* Common Pleas.

*Per Curiam.*—The only point made is that the Court erred in trying the case without an answer. The record shows that upon overruling the demurrer of defendants they refused to answer, and agreed to the submission of the case to the Court to assess the damages.

The judgment is affirmed, with five per cent. damages and costs.

*W. F. Smith*, for the appellants.